# Court of Appeals
# of the State of Georgia

ATLANTA, February 03, 2014

*The Court of Appeals hereby passes the following order:*

**A14D0202. DAVID MORELAND v. SELECT PORTFOLIO SERVICING, INC.**

On August 6, 2013, the trial court entered an order granting Select Portfolio Servicing, Inc.'s motion to dismiss the case filed by David Moreland. On November 22, 2013, Moreland filed this application for discretionary appeal in the Supreme Court. That Court transferred the application here upon finding that it lacked subject-matter jurisdiction. Because the application was not timely filed, this Court also lacks jurisdiction.

To be timely, a discretionary application must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). Moreland did not file this application in the Supreme Court until 108 days after entry of the order he wishes to appeal. Therefore, the application is untimely and is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
   Clerk's Office, Atlanta, 02/03/2014
   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_ , Clerk.